IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY DUCKWORTH                                                 PLAINTIFF

V.                      CASE NO. 4:19-cv-00492 JM

TONEY BRASUELL, *et al.*                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 13th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE